

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-13-00395-CR

Rigo **GUERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00042-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on November 18, 2013. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to December 18, 2013. On December 27, 2013, the appellant filed a motion requesting an additional extension of time to file the brief until January 17, 2014, for a total extension of sixty days. By order dated December 30, 2013, the motion was granted. The order stated that appellant's brief must be filed by January 14, 2014. The motion further stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**."

The brief was not filed by the deadline stated in this court's order. It is therefore ORDERED that the appellant's brief must be filed in this appeal no later than January 27, 2014. If the brief is not filed by January 27, 2014, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate against appellant's attorney. TEX. R. APP. P. 38.8(b)(2).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court